UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

United States District Court
Northern District of California

EUGENE HART,

Plaintiff,

v.

EUGENE HART, et al.,

Defendants.

Case No. 26-cv-01058-LB

**ORDER REASSIGNING CASE;
REPORT AND RECOMMENDATION
TO DISMISS**

Re: ECF No. 1

The plaintiff, who is representing himself and proceeding in forma pauperis, sued (Eugene Hart, Duwan Fields, Oneita Hart, and Francis V. Quinntillion, asserting claims for human rights violations, privacy violations, abuse of government benefits, and copyright infringement.[1] Because the plaintiff is proceeding in forma pauperis, the court screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order (attached) identifying deficiencies in the complaint: the court lacks subject-matter jurisdiction over the plaintiff's claims and cannot tell from the complaint who harmed the plaintiff or how they did it. The court allowed the plaintiff until March 9, 2026, to amend the complaint.[2] He did not. There are no viable claims. The case should be dismissed.

---

[1] Compl. – ECF No. 1. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 6.

ORDER; R. & R. – No. 26-cv-01058-LB

Because not all parties have appeared in the case and consented to magistrate-judge jurisdiction, the case must be reassigned. 28 U.S.C. 636(c)(1); *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017). The court directs the Clerk of Court to reassign the case to a district judge and recommends that the newly assigned district judge dismiss the case. Any party must serve and file specific written objections to this recommendation within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); N.D. Cal. Civ. L.R. 72-3. Failure to file a written objection within the specified time may waive the right to appeal the district court's order.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: March 13, 2026

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California