UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

          Plaintiff,

    v.

EUGENE HART, et al.,

          Defendants.

Case No. 26-cv-01058-NW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: ECF No. 10

Plaintiff Eugene Hart filed this case on February 3, 2026. ECF No. 1. He additionally filed a request to proceed *in forma pauperis*. ECF No. 3. Magistrate Judge Beeler, who was initially assigned to this case, screened Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) (screening of complaint required when plaintiff requests to proceed *in forma pauperis*), and determined that the Court lacks subject-matter jurisdiction over Plaintiff's claims. ECF No. 6. Judge Beeler allowed Plaintiff until March 9, 2026, to amend his complaint. He did not file an amended complaint.

On March 13, 2026, Judge Beeler issued a Report and Recommendation that this case be dismissed for failure to prosecute. ECF No. 10. Objections were due by March 27, 2026. As of the date of this Order, no objections have been filed. The Court finds Judge Beeler's Report and Recommendation thorough and correct, and adopts it in every respect. Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated: May 13, 2026

_____
Noël Wise
United States District Judge